# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RICHARD D. MYERS,**<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>**GALEN STEHLIK, and STEHLIK LAW FIRM,**<br><br>　　　　　　　Defendants. | **4:22CV3039**<br><br>**ORDER** |

　　　This matter comes before the Court following a discovery dispute conference held by telephone with counsel for the parties on September 7, 2023. Defendants requested the call because they assert Plaintiff's disclosure of his computation of damages under Rule 26(a)(1)(A)(iii) of the Federal Rules of Civil Procedure and answers to Interrogatory Nos. 1 and 3 were inadequate. The Court and parties discussed Plaintiff's disclosures and answers, and the Court agreed Defendants' position was justified. Therefore, the Court directed Plaintiff to supplement his disclosures and answers to interrogatories. Accordingly,

　　　**IT IS ORDERED** that Plaintiff shall supplement his Rule 26 disclosures and answers to Interrogatory Nos. 1 and 3 on or before **September 15, 2023,** in accordance with the discussion held on the record during the September 7, 2023, telephone conference.

　　　Dated this 7th day of September, 2023.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge