IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RICHARD D. MYERS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:22-CV-3039 |
| | ) | |
| vs. | ) | INDEX OF EVIDENCE IN |
| | ) | OPPOSITION TO DEFENDANT'S |
| GALEN STEHLIK and | ) | MOTION FOR PARTIAL SUMMARY |
| STEHLIK LAW FIRM, | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |

COMES NOW the Plaintiff, by and through his attorneys of record, and sets forth the following list of evidence offered in support of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment.

Plaintiff Richard D. Myers, pursuant to Fed. R. Civ. P. 56(c) and NECivR 56.1(a), respectfully submit the following evidentiary materials in opposition to Defendants Motion for Partial Summary Judgment.

Exhibit A    Deposition of Galen Stehlik taken April 12, 2023.

Exhibit B    Real Property Appraisal.

Exhibit C    Deposition of Richard D. Myers taken October 3, 2023.

Exhibit D    Copy of email forwarding notice of Plan confirmation to Kurt Kroeger.

Exhibit E    Billing Records of Galen Stehlik.

Exhibit F    Copies of checks to Stehlik Law Firm.

Exhibit G    Email correspondence from Galen Stehlik to Adam Hoesing.

Exhibit H    Deposition of Kurt Kroeger taken on February 17, 2023.

Exhibit I    Deposition of Patrick Patino taken on March 22, 2023.

Exhibit J    Chart which is Ex. 12 to Deposition of Patrick Patino.

Dated this 20th day of November, 2023.

                         RICHARD D. MYERS, Plaintiff

By: */s/ Diana J. Vogt*
     Diana J. Vogt, NE #19387
     SHERRETS BRUNO & VOGT LLC
     260 Regency Parkway Drive, Suite 200
     Omaha, NE 68114
     Tele: (402)390-1112; Fax: (402)390-1163
     Email: law@sherrets.com; dvogt@sherrets.com