IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD D. MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:22-CV-3039 |
| | ) | |
| vs. | ) | **DECLARATION OF DIANA J. VOGT** |
| | ) | **REGARDING INDEX OF EVIDENCE** |
| GALEN STEHLIK and | ) | **IN OPPOSITION TO DEFENDANTS'** |
| STEHLIK LAW FIRM, | ) | **MOTION FOR PARTIAL SUMMARY** |
| | ) | **JUDGMENT** |
| Defendants. | ) | |

Declarant, Diana J. Vogt, states and declares as follows:

1. I am an individual over the age of 21 years and suffer no disability which would prevent me from testifying truthfully to matters set forth herein.

2. I have personal knowledge of all matters set forth herein.

3. Attached as **Exhibit A** to this Declaration is a true and correct copy of the deposition of Galen Stehlik taken in this case.

4. Attached as **Exhibit B** to this Declaration is a true and correct copy of an appraisal of the real estate owned by Kurt and Kathy Kroeger and H & M Farms at the beginning of bankruptcy proceeding in the United States Bankruptcy Court for the District of Nebraska titled *In re: Kurt E. and Kathy Kroeger,* Case No. 20-bk-40305 TLS.

5. Attached as **Exhibit C** to this Declaration is a true and correct copy of the deposition of Richard D. Myers taken in this case.

6. Attached as **Exhibit D** to this Declaration is a true and correct copy of an email produced by the office of Galen Stehlik in discovery in this case, identified as STE_002660-STE_002662.

7. Attached as **Exhibit E** to this Declaration is a true and correct copy of billing records produced by the office of Galen Stehlik in discovery in this case, identified as STE_005994-STE_006000.

8. Attached as **Exhibit F** to this Declaration is a true and correct copy of two checks written to Stehlik Law Office which constitutes Exhibit 3 to the deposition of Galen Stehlik taken in this case.

9. Attached as **Exhibit G** to this Declaration is a true and correct copy of an email communication from Galen Stehlik to Adam Hoesing which constitutes Exhibit 4 to the deposition of Galen Stehlik taken in this case.

10. Attached as **Exhibit H** to this Declaration is a true and correct copy of the deposition of Kurt Kroeger taken on February 17, 2023 in this case.

11. Attached as **Exhibit I** to this Declaration is a true and correct copy of the deposition of Patrick Patino taken in this case.

12. Attached hereto as **Exhibit J** to this Declaration is a true and correct copy of a chart which constitutes Exhibit 12 to the deposition of Patrick Patino.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed in Omaha, Nebraska, on November 20, 2023.

*/s/ Diana J. Vogt*
Diana J. Vogt