| | |
|---|---|
| **To:** | Kurt Kroeger[kurt@inebraska.com] |
| **Cc:** | Galen Stehlik[galen.stehlik@stehliklawfirm.com] |
| **From:** | Melissa Hixon |
| **Sent:** | Wed 11/18/2020 2:18:33 PM |
| **Subject:** | FW: Ch-12 20-40305-TLS Kurt E Kroeger and Kathy L Kroeger Order Confirming Chapter 12 Plan |

....
,,,,

Kurt:

Please see the Notice below. Thanks Melissa

**From:** neb_bkecf@neb.uscourts.gov <neb_bkecf@neb.uscourts.gov>
**Sent:** Tuesday, November 17, 2020 3:33 PM
**To:** Courtmail@neb.uscourts.gov
**Subject:** Ch-12 20-40305-TLS Kurt E Kroeger and Kathy L Kroeger Order Confirming Chapter 12 Plan

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## District of Nebraska

Notice of Electronic Filing

The following transaction was received from law entered on 11/17/2020 at 3:32 PM CST and filed on 11/17/2020

**Case Name:**   Kurt E Kroeger and Kathy L Kroeger

**Case Number:**   20-40305-TLS

**Document Number:** 135

Order Confirming Chapter 12 Plan (RE: related document(s)[122] Amended Chapter 12 Plan filed by Debtor Kurt E Kroeger, Joint Debtor Kathy L Kroeger). The Plan (Fil. #122) is confirmed. The pleading was filed, served and noticed pursuant to local rules. The Chapter 12 Trustee's objection (Fil. #127) has been withdrawn. Movant is responsible for giving notice to parties in interest as required by rule or statute. ORDERED by Judge Thomas L. Saladino (Text Only Order) (law)

The following document(s) are associated with this transaction:

**20-40305-TLS Notice will be electronically mailed to:**

Wendee N. Elliott-Clement on behalf of Creditor U.S. Bank National Association
nebkecf@southlaw.com, ksbkecf@ecf.courtdrive.com

STE_002660

Donald G. Furlow on behalf of Creditor AGCO Finance LLC
dfurlow@furlowlaw.com

Jeffrey P. Galyen on behalf of Creditor BankFirst
jeff@gbblawgroup.com, tiffany@gbblawgroup.com

Richard P. Garden, Jr. on behalf of Creditor Cline Williams Wright Johnson & Oldfather, L.L.P.
rgarden@clinewilliams.com, dhilger@clinewilliams.com

Adam A. Hoesing on behalf of Creditor C.H. Brown Co., LLC
ahoesing@simmonsolsen.com

Jerry Jensen
ustpregion13.om.ecf@usdoj.gov

Benjamin E. Moore on behalf of Creditor Markowitz LLC
bmoore@remboltlawfirm.com

Stephen D. Mossman on behalf of Creditor Settje Agri-Services & Engineering, Inc.
sdm@mattsonricketts.com, ear@mattsonricketts.com

James A. Overcash
trustee@woodsaitken.com,
  kpaul@woodsaitken.com;lreddish@woodsaitken.com;12trustee@woodsaitken.com;trustee@woodsaitken.com;ne13@ecfcbis.com

Lisa Peters on behalf of Creditor Aurora Cooperative Elevator Company
lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

Clay M. Rogers on behalf of Creditor Miller Hybrids
crogers@smithslusky.com

Galen E. Stehlik on behalf of Debtor Kurt E Kroeger
galen.stehlik@stehliklawfirm.com, nicole@lauritsenlaw.com

Galen E. Stehlik on behalf of Interested Party Jeremy Kroeger
galen.stehlik@stehliklawfirm.com, nicole@lauritsenlaw.com

Galen E. Stehlik on behalf of Joint Debtor Kathy L Kroeger
galen.stehlik@stehliklawfirm.com, nicole@lauritsenlaw.com

Brandon R. Tomjack on behalf of Creditor Deere & Company
btomjack@bairdholm.com, acook@bairdholm.com;cochs@bairdholm.com

Brandon R. Tomjack on behalf of Creditor Deere Credit, Inc.
btomjack@bairdholm.com, acook@bairdholm.com;cochs@bairdholm.com

Deana Walocha on behalf of Creditor Adair 0001
deana@usassets.net,

Deana Walocha on behalf of Creditor Central Properties

deana@usassets.net,

Deana Walocha on behalf of Creditor Midwest Management
deana@usassets.net,

Kevin Patrick Walsh on behalf of Creditor Home Federal Savings and Loan Association of Grand Island
kwalsh@gilawfirm.com

**20-40305-TLS Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

STE_002662