Stehlik Law Firm P.C., L.L.O.

**Primary Timekeeper: 3 Galen E. Stehlik**

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| **4349.002 M KROEGER/KURT E.** | | | | |
| Chapter 12 Bankruptcy | | | | |
| | | Opening Fund Balance: | | 0.00 |
| 03/03/2020 | Deposit | Deposit | 15,000.00 | 15,000.00 |
| 03/20/2020 | Auto All Payment | Client Fund Payment | 3,039.30 | 11,960.70 |
| 04/16/2020 | Auto All Payment | Client Fund Payment | 1,417.40 | 10,543.30 |
| 05/18/2020 | Auto All Payment | Client Fund Payment | 1,977.40 | 8,565.90 |
| 06/15/2020 | Auto All Payment | Client Fund Payment | 3,664.50 | 4,901.40 |
| 07/14/2020 | Auto All Payment | Client Fund Payment | 1,303.95 | 3,597.45 |
| 08/24/2020 | Auto All Payment | Client Fund Payment | 1,187.95 | 2,409.50 |
| 09/22/2020 | Auto All Payment | Client Fund Payment | 1,536.00 | 873.50 |
| 10/16/2020 | Auto All Payment | Client Fund Payment | 722.43 | 151.07 |
| 11/16/2020 | Auto All Payment | Client Fund Payment | 151.07 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Minimum Balance: | 0.00 | Total Deposits: | 15,000.00 | |
| Target Balance: | 0.00 | Total Payments: | 15,000.00 | |
| | | **Closing Fund Balance:** | | 0.00 |

| | | | |
|---|---|---|---|
| Total Credit Cards: | 0.00 | | |
| Total Deposits: | 15,000.00 | | |
| Total Payments: | 15,000.00 | | |
| Total Withdrawals: | 0.00 | | |
| **Total Fund Balance:** | | | 0.00 |

STE_005994

Stehlik Law Firm Trust

| Name: | Kroeaer, Kurt | (Bk.) | | GES |
|---|---|---|---|---|
| **Date** | **Description** | **In** | **Out** | **Balance** |
| 2/19/20 | Deposit (Chapter 12 Bk) | 15,000.00 | | 15,000.00 |
| 3/20/20 | Stehlik Law Firm | | 3,039.30 | 11,960.70 |
| 4/16/20 | SLF | | 1,417.40 | 10,543.30 |
| 5/18/20 | SLF | | 1,977.40 | 8,565.90 |
| 6/15/20 | SLF | | 3,664.50 | 4,901.40 |
| 7/14/20 | SLF | | 1,303.95 | 3,597.45 |
| 8/24/20 | SLF | | 1,187.95 | 2,409.50 |
| 9/22/20 | SLF | | 1,536.00 | 873.50 |
| 10/16/20 | SLF | | 722.43 | 151.07 |
| 11/16/20 | SLF | | 151.07 | —0— |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

STE_005995

| Client | Trans Date | Tmkr | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----------------|-------------|---------------|--------|---|-------|
| **Client ID 4349.002 KROEGER/KURT E.** | | | | | | | | |
| 4349.002 | 02/19/2020 | 3 | 1 | 200.00 | 0.65 | 130.00 | Conference with Kurt and his son; Reviewed Chapter 12 procedure; Discussed Summary of Operations Form | ARCH |
| 4349.002 | 02/27/2020 | 3 | 2 | 120.00 | 5.50 | 660.00 | Preparation of schedules. | ARCH |
| 4349.002 | 02/27/2020 | 3 | 9 | 200.00 | 3.85 | 770.00 | Work on Schedules; Telephone conference with Kurt x 2; Office conference with Kurt | ARCH |
| 4349.002 | 02/28/2020 | 3 | 1 | 200.00 | 0.35 | 70.00 | Conference with Kurt and his wife; Reviewed requirement; DIP account, etc. | ARCH |
| 4349.002 | 03/02/2020 | 3 | 1 | 200.00 | 1.20 | 240.00 | Conference with Client to get information to complete Schedule of Expenses; Discussed alleged forgery | ARCH |
| 4349.002 | 03/02/2020 | 3 | 8 | 200.00 | 0.35 | 70.00 | Telephone conference with Jeff Galynn regarding Chapter 12 filing | ARCH |
| 4349.002 | 03/03/2020 | 3 | 8 | 200.00 | 0.25 | 50.00 | Telephone conference with Kurt regarding his efforts to contact former Pinnacle Bank officer; Discussed DIP account | ARCH |
| 4349.002 | 03/05/2020 | 3 | 17 | 200.00 | 0.40 | 80.00 | Receipt and review of email from Mike Tye who represents Landmark Implement; Research | ARCH |
| 4349.002 | 03/09/2020 | 3 | 1 | 200.00 | 0.15 | 30.00 | Conference with Kurt.  (mjh) | ARCH |
| 4349.002 | 03/17/2020 | 3 | 1 | 200.00 | 1.20 | 240.00 | Conference with Kurt; Telephone conference with Attorney Mike Tye; Telephone conference with Jeff Galynn | ARCH |
| 4349.002 | 03/18/2020 | 3 | 8 | 200.00 | 0.40 | 80.00 | Telephone conference with Kurt; Receipt and review of email from Adam Hoesing, Attorney for C. H. Brown Company, LLC | ARCH |
| 4349.002 | 03/19/2020 | 3 | 1 | 200.00 | 0.45 | 90.00 | Conference with Kurt; Telephone conference with Adam Hoesing | ARCH |
| 4349.002 | 03/25/2020 | 3 | 8 | 200.00 | 0.45 | 90.00 | Telephone conference with Jeff Galyen; Telephone conference with Kurt | ARCH |
| 4349.002 | 04/01/2020 | 3 | 1 | 200.00 | 2.15 | 430.00 | Conference with Kurt; Telephone conference with Bankfirst Officials | ARCH |
| 4349.002 | 04/10/2020 | 3 | 5 | 200.00 | 1.45 | 290.00 | Attended Telephonic 341(a) Hearing; Meeting with Clients both before and after Hearing | ARCH |
| 4349.002 | 04/13/2020 | 3 | 17 | 200.00 | 0.85 | 170.00 | Receipt and review of email from Brandon Tomjack; Telephone conference with Kurt; Telephone conference with Tomjack; Telephone conference with Kearney Equipment representative | ARCH |
| 4349.002 | 04/14/2020 | 3 | 8 | 200.00 | 0.40 | 80.00 | Telephone conference with Kurt x 2; Emailed list of Holders of Tax Sales Certificates | ARCH |
| 4349.002 | 04/15/2020 | 3 | 8 | 200.00 | 1.75 | 350.00 | Telephone conference with Bank's Attorney; Research; Preparation of Motion to Use Cash Collateral | ARCH |
| 4349.002 | 04/16/2020 | 3 | 8 | 200.00 | 0.35 | 70.00 | Telephone conference with Mike Tye regarding Landmark Implement | ARCH |
| 4349.002 | 04/21/2020 | 3 | 10 | 200.00 | 0.45 | 90.00 | Email to Kurt; Telephone conference with Kurt concerning Jeff Galyn's letter regarding need for Bank Statements | ARCH |
| 4349.002 | 04/21/2020 | 3 | 17 | 200.00 | 0.40 | 80.00 | Receipt and review of Motion for Relief from Automatic Stay filed by John Deere & Co., Deere Credit, Inc. | ARCH |
| 4349.002 | 04/27/2020 | 3 | 8 | 200.00 | 0.40 | 80.00 | Telephone conference with Kurt regarding Bankfirst's Objection to C. H. Brown Stipulation; Discussed status of Bank statements from other Bank, etc. | ARCH |
| 4349.002 | 04/27/2020 | 3 | 1 | 200.00 | 1.15 | 230.00 | Conference with Client; Preparation of Draft of Kollhoff Contract | ARCH |
| 4349.002 | 04/28/2020 | 3 | 9 | 120.00 | 0.20 | 24.00 | Preparation of Agreement and letter to Jeff Galyen.  (mjh) | ARCH |
| 4349.002 | 05/01/2020 | 3 | 8 | 200.00 | 2.50 | 500.00 | Telephone conference with Western Equipment Finance Attorney x 2; Telephone conference with Kurt; Revision of Schedules; Receipt and review of Motion for Relief from Stay filed by Agco Finance | ARCH |
| 4349.002 | 05/07/2020 | 3 | 17 | 200.00 | 0.65 | 130.00 | Receipt and review of Claims filed by Holders of Tax Sales Certificates; Telephone conference with Kurt | ARCH |
| 4349.002 | 05/09/2020 | 3 | 1 | 200.00 | 0.50 | 100.00 | Office conference with Kurt to sign Stipulation on C. H. Brown Stipulation | ARCH |
| 4349.002 | 05/12/2020 | 3 | 1 | 200.00 | 1.50 | 300.00 | Conference with Client; Telephone conference with Brandon Tomjack regarding John Deere | ARCH |
| 4349.002 | 05/13/2020 | 3 | 19 | 200.00 | 0.65 | 130.00 | Participated in Telephonic hearing on Stipulation on C. H. Brown case and Bankfirst's Objection | ARCH |
| 4349.002 | 05/14/2020 | 3 | 8 | 200.00 | 0.50 | 100.00 | Telephone conference with Kurt x 2; Telephone conference with Mike Tye Attorney for Landmark Implement | ARCH |
| 4349.002 | 05/15/2020 | 3 | 8 | 200.00 | 0.40 | 50.00 | Telephone conference with Mike Tye x 2 | ARCH |
| 4349.002 | 05/15/2020 | 3 | 17 | 200.00 | 0.25 | 50.00 | Receipt and review of email from Western Equipment's Attorney; Telephone conference with Kurt | ARCH |
| 4349.002 | 05/16/2020 | 3 | 8 | 200.00 | 0.20 | 40.00 | Telephone conference with Kurt | ARCH |
| 4349.002 | 05/19/2020 | 3 | 8 | 200.00 | 0.45 | 90.00 | Telephone conference with Kurt regarding delivery of combine; Telephone conference with Attorney for Arco Finance; Receipt and review of Stipulation from Attorney for Arco | ARCH |
| 4349.002 | 05/21/2020 | 3 | 1 | 200.00 | 1.10 | 220.00 | Conference with Client to review Kurt's cash flow and compliance to Local Rule 3015-1 | ARCH |
| 4349.002 | 05/22/2020 | 3 | 8 | 200.00 | 0.25 | 50.00 | Telephone conference with Clarence Marlin; Telephone conference with Kurt | ARCH |
| 4349.002 | 05/23/2020 | 3 | 9 | 200.00 | 1.50 | 300.00 | Work on Plan | ARCH |
| 4349.002 | 05/24/2020 | 3 | 9 | 200.00 | 2.00 | 400.00 | Work on Plan | ARCH |
| 4349.002 | 05/25/2020 | 3 | 9 | 200.00 | 2.20 | 440.00 | Work on Plan; Telephone conference with Kurt to discuss | ARCH |

Client ID 4349.002 KROEGER/KURT E.

| Client | Trans Date | Tmkr | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Giltner State Bank Claim, George Martin contract, etc. | |
| 4349.002 | 05/25/2020 | 3 | 9 | 200.00 | 3.40 | 680.00 | Work on Plan; Telephone conference with Kurt x 5 | ARCH |
| 4349.002 | 05/26/2020 | 3 | 9 | 200.00 | 0.75 | 150.00 | Preparation of Plan provisions for Tax Sales Certificates | ARCH |
| 4349.002 | 05/26/2020 | 3 | 8 | 200.00 | 0.45 | 90.00 | Telephone conference with Adam Hoesing; Receipt and review of Courts Order approving Stipulation; Telephone conference with Kurt Kroeger | ARCH |
| 4349.002 | 05/27/2020 | 3 | 9 | 120.00 | 1.00 | 120.00 | Begin preparation of the Chapter 12 Plan. (mjh) | ARCH |
| 4349.002 | 05/28/2020 | 3 | 13 | 200.00 | 1.80 | 360.00 | Proofed draft of Plan; Telephone conference with Kurt regarding 2015 Schedule F | ARCH |
| 4349.002 | 05/29/2020 | 3 | 8 | 200.00 | 0.80 | 160.00 | Telephone conference with Jeff Galyn; Office conference with Kurt to review Plan | ARCH |
| 4349.002 | 06/03/2020 | 3 | 17 | 200.00 | 0.15 | 30.00 | Receipt and review of email from Lisa Peters, Attorney for Aurora Co-Op | ARCH |
| 4349.002 | 06/03/2020 | 3 | 10 | 200.00 | 0.35 | 70.00 | Emailed letter to Agco's lawyer with the Stipulation; Brief conference with Clients | ARCH |
| 4349.002 | 06/05/2020 | 3 | 8 | 200.00 | 0.30 | 60.00 | Telephone conference with Kurt regarding Aurora Co-Op, Bankfirst x 2 | ARCH |
| 4349.002 | 06/05/2020 | 3 | 8 | 200.00 | 0.20 | 40.00 | Telephone conference with Adam Hoesing | ARCH |
| 4349.002 | 06/08/2020 | 3 | 1 | 200.00 | 0.50 | 100.00 | Conference with Client | ARCH |
| 4349.002 | 06/12/2020 | 3 | 1 | 200.00 | 1.50 | 300.00 | Conference with Client; Telephone conference with Robert Larson; Telephone conference with Adam Hoesing | ARCH |
| 4349.002 | 06/18/2020 | 3 | 8 | 200.00 | 0.35 | 70.00 | Telephone conference with Jeff Galyen | ARCH |
| 4349.002 | 06/19/2020 | 3 | 17 | 200.00 | 0.75 | 150.00 | Receipt and review of Objection to Plan filed by Chapter 12 Trustee, C. H. Brown, etc.; Telephone conference with Kurt | ARCH |
| 4349.002 | 06/20/2020 | 3 | 17 | 200.00 | 1.10 | 220.00 | Receipt and review of Bank First's Objection; Telephone conference with Kurt 2; Receipt and review of Objection by Aurora Co-Op | ARCH |
| 4349.002 | 06/24/2020 | 3 | 17 | 200.00 | 0.15 | 30.00 | Receipt and review of letter from Adam Hoesing, Attorney for C.H. Brown Co. | ARCH |
| 4349.002 | 07/04/2020 | 3 | 17 | 200.00 | 0.40 | 80.00 | Receipt and review of Affidavits from Bank First; Telephone conference with Kurt - left message as to contents of Engstrom's Affidavit | ARCH |
| 4349.002 | 07/06/2020 | 3 | 8 | 200.00 | 1.25 | 250.00 | Telephone conference with Kurt Kroeger; Office conference with Client; Correspondence - letter to Galyen | ARCH |
| 4349.002 | 07/08/2020 | 3 | 1 | 200.00 | 1.45 | 290.00 | Conference with Clients; Participated in Confirmation Hearing; Telephone conference with Jeff Galyen; Correspondence - letter to Kallkhoff | ARCH |
| 4349.002 | 07/10/2020 | 3 | 1 | 200.00 | 0.50 | 100.00 | Conference with Kurt; Correspondence - letter to Jeff Galyen | ARCH |
| 4349.002 | 07/13/2020 | 3 | 8 | 200.00 | 0.55 | 110.00 | Telephone conference with Adam Hoesing, with C. H. Brown Company; Telephone conference with Kevin Koff at Kearney Equipment | ARCH |
| 4349.002 | 07/14/2020 | 3 | 8 | 200.00 | 0.35 | 70.00 | Telephone conference with Kurt | ARCH |
| 4349.002 | 07/16/2020 | 3 | 13 | 200.00 | 0.30 | 60.00 | Review of Motion to File Tardy Claim filed by Miller Hybrids; Telephone conference with Kurt | ARCH |
| 4349.002 | 07/22/2020 | 3 | 8 | 200.00 | 1.15 | 230.00 | Telephone conference with Kurt; Office conference with Kurt; Correspondence - letter to Galynn; Correspondence - letter to John Deere Financial | ARCH |
| 4349.002 | 07/23/2020 | 3 | 3 | 120.00 | 0.20 | 24.00 | Correspondence to John Deere Financial and Jeff Galyen. (mjh) | ARCH |
| 4349.002 | 08/01/2020 | 3 | 8 | 200.00 | 0.25 | 50.00 | Telephone conference with Kurt regarding Dixson's call to BankFirst about his check | ARCH |
| 4349.002 | 08/05/2020 | 3 | 1 | 200.00 | 1.45 | 290.00 | Conference with Kurt; Dictated Motion; Correspondence - letter to Galyen | ARCH |
| 4349.002 | 08/17/2020 | 3 | 8 | 200.00 | 1.00 | 200.00 | Telephone conference with Kurt x 2; Receipt and review of BankFirst's Objection; Receipt and review of CH Brown's Objection; Receipt and review of Overcash's Acceptance of Plan | ARCH |
| 4349.002 | 08/18/2020 | 3 | 1 | 200.00 | 0.50 | 100.00 | Conference with Kurt | ARCH |
| 4349.002 | 08/20/2020 | 3 | 1 | 200.00 | 0.75 | 150.00 | Conference with Kurt x 2; Telephone conference with Adam Hoesing x 2; Receipt and review of email from Hoesing | ARCH |
| 4349.002 | 08/25/2020 | 3 | 17 | 200.00 | 0.85 | 170.00 | Receipt and review of email from Galyen; Telephone conference with Kurt x 2; Telephone conference with Jeff Galyen | ARCH |
| 4349.002 | 08/28/2020 | 3 | 8 | 200.00 | 1.00 | 200.00 | Telephone conference with Kurt; Receipt and review of email from Jeff Galyen | ARCH |
| 4349.002 | 08/28/2020 | 3 | 9 | 200.00 | 1.75 | 350.00 | Work on General Order 20-03 responses | ARCH |
| 4349.002 | 08/29/2020 | 3 | 8 | 200.00 | 2.25 | 450.00 | Telephone conference with Kurt x 2; work on and complete General Order 20-03 responses | ARCH |
| 4349.002 | 09/05/2020 | 3 | 1 | 200.00 | 0.50 | 100.00 | Saturday morning meeting with Client to discuss Dana Korosi and Ken Kohlhoff, etc. | ARCH |
| 4349.002 | 09/08/2020 | 3 | 3 | 120.00 | 0.10 | 12.00 | Correspondence to Dana. (mjh) | ARCH |
| 4349.002 | 09/17/2020 | 3 | 8 | 200.00 | 0.45 | 90.00 | Telephone conference with Farm Credit analyst working with company Kurt is seeking a loan from | ARCH |
| 4349.002 | 09/18/2020 | 3 | 8 | 200.00 | 0.45 | 90.00 | Telephone conference with Jeff Galyen; Telephone conference with Kurt x 2 | ARCH |
| 4349.002 | 09/18/2020 | 3 | 8 | 200.00 | 0.35 | 70.00 | Telephone conference with Jeff Galyen | ARCH |
| 4349.002 | 09/29/2020 | 3 | 8 | 200.00 | 0.75 | 150.00 | Telephone conference with Galyen; Telephone conference with Kurt; work on Plan revision dealing with BankFirst | ARCH |

**Detail Transaction File List**
Stenlik Law Firm, Ct. LL20/23

| Client | Trans Date | Tmkr | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 4349.002 KROEGER/KURT E.** | | | | | | | | |
| 4349.002 | 09/30/2020 | 3 | 8 | 200.00 | 0.75 | 150.00 | Telephone conference with Adam Hoesing; Email to Adam; Telephone conference with Kurt | ARCH |
| 4349.002 | 10/01/2020 | 3 | 8 | 200.00 | 0.70 | 140.00 | Telephone conference with Kurt x 2; Email to Adam Hoesing; Telephone conference with Adam Hoesing | ARCH |
| 4349.002 | 10/08/2020 | 3 | 19 | 200.00 | 0.45 | 90.00 | Participated in Telephonic Status Hearing | ARCH |
| 4349.002 | 10/09/2020 | 3 | 8 | 200.00 | 0.15 | 30.00 | Telephone conference with Kurt | ARCH |
| 4349.002 | 10/14/2020 | 3 | 1 | 200.00 | 0.45 | 90.00 | Conference with Kurt to review C.H. Brown Replevin Order and BankFirst Claim Treatment of the Plan; Kurt approves language of the BankFirst Claim Treatment | ARCH |
| 4349.002 | 10/16/2020 | 3 | 8 | 200.00 | 0.40 | 80.00 | Telephone conference with John Deere lawyer regarding deficiency; Telephone conference with Kurt | ARCH |
| 4349.002 | 10/20/2020 | 3 | 1 | 200.00 | 1.00 | 200.00 | Conference with Kurt; Correspondence - letter to Hoesing | ARCH |
| 4349.002 | 10/21/2020 | 3 | 17 | 200.00 | 0.55 | 110.00 | Receipt and review of email from Hoeing; Office conference with Kurt | ARCH |
| 4349.002 | 10/22/2020 | 3 | 3 | 120.00 | 0.10 | 12.00 | Correspondence to Adam Hoesing. (mjh) | ARCH |
| 4349.002 | 11/28/2020 | 3 | 8 | 200.00 | 0.20 | 40.00 | Telephone conference with Kurt | ARCH |
| 4349.002 | 12/14/2020 | 3 | 3 | 140.00 | 0.20 | 28.00 | Correspondence to Dana Korosi. (mjh) | ARCH |
| 4349.002 | 02/19/2021 | 3 | 1 | 200.00 | 0.40 | 80.00 | Conference with Client | ARCH |
| 4349.002 | 02/25/2021 | 3 | 8 | 200.00 | 0.55 | 110.00 | Telephone conference with Kurt; Telephone conference with David March | ARCH |
| 4349.002 | 03/05/2021 | 3 | 17 | 200.00 | 0.35 | 70.00 | Receipt and review of emails | ARCH |
| 4349.002 | 03/06/2021 | 3 | 8 | 200.00 | 0.50 | 100.00 | Telephone conference with Kurt x 3 | ARCH |
| 4349.002 | 03/08/2021 | 3 | 8 | 200.00 | 0.30 | 60.00 | Telephone conference call with David Marsh and Kurt | ARCH |
| 4349.002 | 03/08/2021 | 3 | 8 | 200.00 | 0.45 | 90.00 | Telephone conference with Dana and Kurt | ARCH |
| 4349.002 | 03/19/2021 | 4 | 5 | 200.00 | 0.50 | 100.00 | Court appearance Howard County Court; Hearing on Bank First's Second Request for Delivery; Correspondence - letter to Client | ARCH |
| 4349.002 | 03/24/2021 | 4 | 1 | 200.00 | 1.15 | 230.00 | Conference with Kurt; Telephone conference with Howard County Treasurer; Telephone conference with Lyndsey Reddish; Overcash's paralegal; Receipt and review of email from Howard County Treasurer | ARCH |
| 4349.002 | 03/26/2021 | 4 | 13 | 200.00 | 0.45 | 90.00 | Review of Plan Summary | ARCH |
| 4349.002 | 05/18/2021 | 3 | 50 | | | 0.00 | Write Off Reason: Per Attorney Client is filing Chapter 7 using another Attorney. Write off balance due. | ARCH |
| | Subtotal for Fees | | | Billable | 81.10 | 15,610.00 | | |
| 4349.002 | 02/19/2020 | 3 | 111 | 0.100 | | 1.40 | Photocopying expense | ARCH |
| 4349.002 | 02/27/2020 | 3 | 111 | 0.100 | | 4.50 | Photocopying expense | ARCH |
| 4349.002 | 03/12/2020 | 3 | 103 | 0.500 | | 0.50 | Postage expense | ARCH |
| 4349.002 | 03/12/2020 | 3 | 111 | 0.100 | | 0.10 | Photocopying expense | ARCH |
| 4349.002 | 03/18/2020 | 3 | 111 | 0.100 | | 4.40 | Photocopying expense | ARCH |
| 4349.002 | 03/19/2020 | 3 | 111 | 0.100 | | 9.40 | Photocopying expense | ARCH |
| 4349.002 | 04/01/2020 | 3 | 111 | 0.100 | | 4.00 | Photocopying expense | ARCH |
| 4349.002 | 04/10/2020 | 3 | 111 | 0.100 | | 1.40 | Photocopying expense | ARCH |
| 4349.002 | 04/22/2020 | 3 | 111 | 0.100 | | 3.40 | Photocopying expense | ARCH |
| 4349.002 | 05/21/2020 | 3 | 111 | 0.100 | | 2.10 | Photocopying expense | ARCH |
| 4349.002 | 05/24/2020 | 3 | 111 | 0.100 | | 2.40 | Photocopying expense | ARCH |
| 4349.002 | 07/06/2020 | 3 | 111 | 0.100 | | 1.40 | Photocopying expense | ARCH |
| 4349.002 | 07/10/2020 | 3 | 111 | 0.100 | | 1.40 | Photocopying expense | ARCH |
| 4349.002 | 07/10/2020 | 3 | 103 | 0.500 | | 0.50 | Postage expense | ARCH |
| 4349.002 | 07/10/2020 | 3 | 103 | 0.650 | | 0.65 | Postage expense | ARCH |
| 4349.002 | 07/22/2020 | 3 | 111 | 0.100 | | 1.10 | Photocopying expense | ARCH |
| 4349.002 | 07/23/2020 | 3 | 111 | 0.100 | | 1.00 | Photocopying expense | ARCH |
| 4349.002 | 07/23/2020 | 3 | 103 | 0.650 | | 0.65 | Postage expense | ARCH |
| 4349.002 | 07/30/2020 | 3 | 111 | 0.100 | | 8.00 | Photocopying expense | ARCH |
| 4349.002 | 08/13/2020 | 3 | 111 | 0.100 | | 2.60 | Photocopying expense | ARCH |
| 4349.002 | 08/21/2020 | 3 | 111 | 0.100 | | 0.10 | Photocopying expense | ARCH |
| 4349.002 | 08/21/2020 | 3 | 103 | 0.500 | | 0.50 | Postage expense | ARCH |
| 4349.002 | 09/16/2020 | 3 | 111 | 0.100 | | 4.00 | Photocopying expense | ARCH |
| 4349.002 | 10/09/2020 | 3 | 111 | 0.100 | | 1.20 | Photocopying expense | ARCH |
| 4349.002 | 10/20/2020 | 3 | 111 | 0.100 | | 3.00 | Photocopying expense | ARCH |
| 4349.002 | 10/27/2020 | 3 | 111 | 0.100 | | 2.80 | Photocopying expense | ARCH |
| 4349.002 | 11/16/2020 | 3 | 111 | 0.100 | | 0.90 | Photocopying expense | ARCH |
| 4349.002 | 11/17/2020 | 3 | 111 | 0.100 | | 0.50 | Photocopying expense | ARCH |
| 4349.002 | 11/18/2020 | 3 | 111 | 0.100 | | 0.30 | Photocopying expense | ARCH |
| 4349.002 | 12/17/2020 | 3 | 103 | 0.500 | | 0.50 | Postage expense | ARCH |
| 4349.002 | 01/05/2021 | 3 | 111 | 0.100 | | 0.40 | Photocopying expense | ARCH |
| 4349.002 | 01/15/2021 | 3 | 111 | 0.100 | | 1.00 | Photocopying expense | ARCH |
| 4349.002 | 02/17/2021 | 3 | 111 | 0.100 | | 0.40 | Photocopying expense | ARCH |
| 4349.002 | 02/26/2021 | 3 | 111 | 0.100 | | 0.40 | Photocopying expense | ARCH |
| 4349.002 | 03/17/2021 | 3 | 111 | 0.100 | | 0.80 | Photocopying expense | ARCH |
| 4349.002 | 03/19/2021 | 3 | 110 | 100.000 | | 100.00 | Travel time to/from St. Paul | ARCH |
| 4349.002 | 03/19/2021 | 3 | 104 | 0.540 | | 27.00 | Mileage expense to/from St. Paul | ARCH |
| 4349.002 | 04/01/2021 | 3 | 111 | 0.100 | | 1.80 | Photocopying expense | ARCH |
| | Subtotal for Expenses | | | Billable | 0.00 | 196.50 | | |
| 4349.002 | 01/31/2020 | 3 | 112 | 1.000 | | 1.00 | Justice Search through nebraska.gov | ARCH |

STE_005998

**Detail Transaction File List**
Stenlik Law Firm, P.C., L.L.O.

| Client | Trans Date | Tmkr | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|------------------|-------------|---------------|--------|--------|-------|
| **Client ID 4349.002 KROEGER/KURT E.** | | | | | | | | |
| 4349.002 | 02/27/2020 | 3 | 112 | 1.000 | | 2.00 | Justice Search through nebraska.gov | ARCH |
| 4349.002 | 02/28/2020 | 3 | 102 | | | 275.00 | Advanced costs to US Bankruptcy Court - filing fee | ARCH |
| 4349.002 | 03/02/2020 | 3 | 112 | 1.000 | | 2.00 | Justice Search through nebraska.gov | ARCH |
| 4349.002 | 03/11/2020 | 3 | 102 | | | 200.00 | Advanced costs to James Overcash - Chapter 12 Trustee | ARCH |
| 4349.002 | 03/11/2020 | 3 | 102 | | | 31.00 | Advanced costs to US Bankruptcy Court | ARCH |
| 4349.002 | 10/07/2020 | 3 | 102 | | | 0.20 | Advanced costs to Pacer.gov | ARCH |
| 4349.002 | 10/12/2020 | 3 | 102 | | | 3.20 | Advanced costs to Pacer.gov (3rd Quarter charges) | ARCH |
| 4349.002 | 10/13/2020 | 3 | 102 | | | 68.03 | Advanced costs to FedEx | ARCH |
| 4349.002 | 10/27/2020 | 3 | 102 | | | 1.70 | Advanced costs to Pacer.gov | ARCH |
| 4349.002 | 12/10/2020 | 3 | 102 | | | 1.30 | Advanced costs to Pacer.gov | ARCH |
| 4349.002 | 12/21/2020 | 3 | 102 | | | 0.20 | Advanced costs to Pacer.gov | ARCH |
| | Subtotal for Advances | | | Billable | 0.00 | 585.63 | | |
| 4349.002 | 03/20/2020 | | 0 | | | 3,039.30 | Client Fund Payment | ARCH |
| 4349.002 | 04/16/2020 | | 0 | | | 1,417.40 | Client Fund Payment | ARCH |
| 4349.002 | 05/18/2020 | | 0 | | | 1,977.40 | Client Fund Payment | ARCH |
| 4349.002 | 06/15/2020 | | 0 | | | 3,664.50 | Client Fund Payment | ARCH |
| 4349.002 | 07/14/2020 | | 0 | | | 1,303.95 | Client Fund Payment | ARCH |
| 4349.002 | 08/24/2020 | | 0 | | | 1,187.95 | Client Fund Payment | ARCH |
| 4349.002 | 09/22/2020 | | 0 | | | 1,536.00 | Client Fund Payment | ARCH |
| 4349.002 | 10/16/2020 | | 0 | | | 722.43 | Client Fund Payment | ARCH |
| 4349.002 | 11/16/2020 | | 0 | | | 151.07 | Client Fund Payment | ARCH |
| 4349.002 | 03/18/2021 | | 300 | | | 842.53 | Payment - Thank you | ARCH |
| | Subtotal for Payments | | | Billable Payments | 0.00 | 0.00 15,842.53 | | |
| **Total for Client ID 4349.002** | | | | Billable Payments | 81.10 | 16,392.13 15,842.53 | KROEGER/KURT E. Chapter 12 Bankruptcy | |

**GRAND TOTALS**

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| | | | | Billable | 81.10 | 16,392.13 | |
| | | | | Payments | | 15,842.53 | |

STE_005999

| Client | Trans Date | Tmkr | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 4349.001 KROEGER/KURT E.** | | | | | | | | |
| 4349.001 | 07/08/2016 | 3 | 1 | 200.00 | 1.55 | 310.00 | Office conference to discuss possible Chapter 11; Discussed problems with Great Western Bank. | ARCH |
| 4349.001 | 08/01/2016 | 3 | 8 | 200.00 | 0.35 | 70.00 | Telephone conference with Attorney for Great West regarding 2015, LOC deficiency - grain yet to be sold, etc. | ARCH |
| 4349.001 | 08/01/2016 | 3 | 8 | 200.00 | 0.25 | 50.00 | Telephone conference Kurt regarding phone call from Attorney Mike Kivitt | ARCH |
| 4349.001 | 08/02/2016 | 3 | 1 | 200.00 | 1.25 | 250.00 | Conference with Kurt and bank officers at the State Bank of Doniphan to discuss request for a loan | ARCH |
| 4349.001 | 09/06/2016 | 3 | 8 | 200.00 | 0.50 | 100.00 | Telephone conference with Mike Kivitt regarding Bank's position; Telephone conference with Greg Frayser | ARCH |
| 4349.001 | 09/08/2016 | 3 | 8 | 200.00 | 0.25 | 50.00 | Telephone conference with Mike | ARCH |
| 4349.001 | 09/14/2016 | 3 | 8 | 200.00 | 0.75 | 150.00 | Telephone conference with Mike Kivitt;Conference with Kurt | ARCH |
| 4349.001 | 09/15/2016 | 3 | 8 | 200.00 | 0.25 | 50.00 | Telephone conference with Kurt regarding payments to Bank from corn sales | ARCH |
| 4349.001 | 09/19/2016 | 3 | 13 | 200.00 | 0.60 | 120.00 | Review of Proposed Forbearance and Loan Modification Agreement | ARCH |
| 4349.001 | 09/23/2016 | 3 | 8 | 200.00 | 0.10 | 20.00 | Telephone conference with Mike Kivett | ARCH |
| 4349.001 | 09/27/2016 | 3 | 1 | 200.00 | 0.65 | 130.00 | Conference with Kurt; Telephone conference with Mike Kivett | ARCH |
| 4349.001 | 09/28/2016 | 3 | 8 | 200.00 | 0.60 | 120.00 | Telephone conference with mike Whaley; Review of email from Cline, Williams; Telephone conference with Kurt | ARCH |
| | Subtotal for Fees | | | Billable | 7.10 | 1,420.00 | | |
| 4349.001 | 08/02/2016 | 3 | 110 | 87.500 | | 61.25 | Travel time to/from Doniphan. | ARCH |
| 4349.001 | 08/02/2016 | 3 | 104 | 0.540 | | 12.96 | Mileage expense to/from Doniphan. | ARCH |
| 4349.001 | 09/02/2016 | 3 | 111 | 0.100 | | 2.00 | Photocopying expense | ARCH |
| 4349.001 | 09/28/2016 | 3 | 111 | 0.100 | | 2.60 | Photocopying expense | ARCH |
| 4349.001 | 09/29/2016 | 3 | 111 | 0.100 | | 6.30 | Photocopying expense | ARCH |
| | Subtotal for Expenses | | | Billable | 0.00 | 85.11 | | |
| 4349.001 | 09/29/2016 | 3 | 102 | | | 22.21 | Advanced costs to FedEx. | ARCH |
| | Subtotal for Advances | | | Billable | 0.00 | 22.21 | | |
| 4349.001 | 09/23/2016 | | 300 | | | 1,106.21 | Payment - Thank you | ARCH |
| 4349.001 | 12/07/2016 | | 300 | 137355 | | 421.11 | Payment - Thank you | ARCH |
| | Subtotal for Payments | | | Billable Payments | 0.00 | 0.00 1,527.32 | | |
| **Total for Client ID 4349.001** | | | | Billable Payments | 7.10 | 1,527.32 1,527.32 | KROEGER/KURT E. H & M Farms | |

| | | | | GRAND TOTALS | | | |
|---|---|---|---|---|---|---|---|
| | | | | Billable Payments | 7.10 | 1,527.32 1,527.32 | |

STE_006000