**H & M FARMS INC.**
1049 HWY 58
DANNEBROG, NE 68831

2008
76-7194/3049
01

Feb 18 2020
Date

Pay to the Order of: Stehlik Law Firm     $ 15000.00

Fifteen Thousand & 00/100   Dollars

HOME FEDERAL BANK
www.homefederalinc.com

For _____

⑆304971945⑆   800 23363⑈   2008

---

0093129208 2020-02-19 FPB 104901678

BOFD >104901678<
Grand Island - Stolley
2020-02-19
0093129208
Absence of Endorsement
00140

Exhibit 3
Stehlik
Date 4-12-23

| | |
|---|---|
| **H & M FARMS INC.**<br>1049 HWY 58<br>DANNEBROG, NE 68831 | 2161<br>76-7194/3049<br>01 |

March 17-2021

Pay to the Order of: Stehlik    $ 842 23/100

eight hundred fourty two + 23/100 Dollars

**HOME FEDERAL BANK**
www.homefederalne.com

For _____

`⑆304971945⑆  800 23363⑈  2161`

---

0003313048 2021-03-19 FPB 104901678

0910648102
2021-03-22

BOFD >104901678<
Grand Island - Stolley
2021-03-19
0003313048
Absence of Endorsement
00140

PAY TO THE ORDER OF
FIVE POINTS BANK
FOR DEPOSIT ONLY
STEHLIK LAW FIRM PC LLO