**To:** Adam Hoesing[AHOESING@SIMMONSOLSEN.COM]
**Cc:** Melissa Hixon[melissa@stehliklawfirm.com]; kurt@inebraska.com[kurt@inebraska.com]
**From:** Galen Stehlik
**Sent:** Wed 9/30/2020 1:15:40 PM
**Subject:** Kroeger

;

Adam – Call me on the hearing tomorrow. I have no evidence and, as I told Kurt earlier, he has no defense. He believes that his son has the financing to pay your client off, and then your objection to plan confirmation would be moot. I would like your client to consider the following: Kroeger would confess judgment in the sense that he doesn't object to your client having a temporary order entered allowing them to have possession of the collateral but they would delay taking possession until October 20. For this concession, Kroeger would immediately pay CH Brown the sum of $20,000. We think that the financing to pay off your client in full is probable. On October 20, if we don't have the total payoff financing in place and your client either has the money in their possession or have written adequate assurances from the take-out lender that the money is confirmed, Kroeger will voluntarily surrender possession

For the firm,
Galen E. Stehlik, # 15578
Stehlik Law Firm, P.C., L.L.O.
724 West Koenig Street
Grand Island, NE 68801
T: (308) 675-4035
F: (308) 675-4038
E: galen.stehlik@stehliklawfirm.com

CONFIDENTIALITY NOTICE: 18 U.S.C. 2510 et seq. provides federal criminal and civil penalties for the unauthorized reading of this email if you are not the intended recipient named above. This message is confidential and may be privileged. If you are not the intended recipient or his/her agent, please notify Stehlik Law Firm PC, LLO, immediately by telephone at 308-675-4035. Any review, dissemination, distribution or copying of this document by anyone other than the intended recipient is unauthorized. The review of this information by any individual other than the intended recipient shall not constitute a waiver of the attorney-client work product, joint defense, and/or other applicable privileges. If you have not already retained or engaged the law firm of Stehlik Law Firm PC, LLO, as your attorney(s), you may not rely on this message to create an attorney-client relationship and you may not rely on any advice in this message.

Exhibit 4
Stehlik
Date 4-12-23

STE 00273