| Asset | Original Schedules March 11, 2020 | Amended Schedule1 May 1, 2020 | Amended Schedule2 May 28, 2020 | Converted Schedules | Owner of Asset | Notes |
|---|---|---|---|---|---|---|
| 1 5801 Locust Street, Lincoln, NE 68508 | $200,000.00 | $200,000.00 | $200,000.00 | $200,000.00 | Kurt & Kathy Kroeger | Purchased in May 2019; |
| 1 Tract 1 | $1,800,000.00 | $1,800,000.00 | $1,800,000.00 | On SOFA | Kurt & Kathy Kroeger | Removed from schedules because the property has been foreclosed upon by BankFirst |
| 1 Tract 2 | $800,000.00 | $800,000.00 | $800,000.00 | On SOFA | Kurt & Kathy Kroeger | Removed from schedules because the property has been foreclosed upon by BankFirst |
| 1 Tract 3 | $750,000.00 | $750,000.00 | $750,000.00 | On SOFA | Kurt & Kathy Kroeger | Removed from schedules because the property has been foreclosed upon by BankFirst |
| 1 Tract 4 | $60,000.00 | $60,000.00 | $60,000.00 | On SOFA | H & M Farms, Inc. | Removed from schedules because Debtors were not the owner of the Tract and it has been foreclosed upon by BankFirst |
| 1 E1/2 NE 1/4-20-13-10 (88 acres) | $570,000.00 | $570,000.00 | $570,000.00 | On SOFA | H & M Farms, Inc. | Removed from schedules because Debtors were not the owner of the Tract and it has been foreclosed upon by BankFirst |
| 1 Tract 6 | $2,400,000.00 | $2,400,000.00 | $2,400,000.00 | On SOFA | Kurt & Kathy Kroeger | Removed from schedules because the property has been foreclosed upon by BankFirst |
| 1 Tract 7 | $1,950,000.00 | $1,950,000.00 | $1,950,000.00 | On SOFA | H & M Farms, Inc. and Kurt & Kathy Kroeger | Removed from schedules because because the property has been foreclosed upon by BankFirst |
| 1 Tract 8 | $1,635,000.00 | $1,635,000.00 | $1,635,000.00 | On SOFA | H & M Farms, Inc. and Kurt & Kathy Kroeger | Removed from schedules because because the property has been foreclosed upon by BankFirst |
| 3 2019 Dodge Ram 2500 | $36,000.00 | $36,000.00 | $36,000.00 | $30,000.00 | Kurt & Kathy Kroeger | Still in Debtors' possession; Value decrease due to additional wear and tear since case filed |
| 3 2010 Toyota Tundra | $10,000.00 | $10,000.00 | $10,000.00 | on SOFA | Jeremy Kroeger | Debtors sold vehicle to son during Chapter 12 at the direction of former counsel Galen Stehlik |
| 4 2002 Transcraft Trailer - purchased post petition | Not listed | Not listed | Not listed | $20,000.00 | Kurt Kroeger | Acquired post-petition; Repossessed by GI Trailer for mechanic's lien |
| 6 Household Goods and Furnishings | $200,000.00 | $200,000.00 | $20,000.00 | $2,250.00 | Kurt & Kathy Kroeger | prior values overstated at the direction of Galen Stehlik |
| 7 Electronics | $10,000.00 | $10,000.00 | $3,500.00 | $450.00 | Kurt & Kathy Kroeger | prior values overstated at the direction of Galen Stehlik |
| 8 Collectibles of Value | $20,000.00 | $20,000.00 | $1,000.00 | $650.00 | Kurt & Kathy Kroeger | Paintings done by Debtors' daughter were incorrectly listed on Schedule A/B and should have been listed on SOFA as property held for another. Since the case was filed, the Debtors have given the paintings to their son-in-law following the death of their daughter; Precious moments previously listed were actually gifts to Debtors' children over the years. Since the case was filed, the Debtors gave the precious moments to their kids. The precious moments were incorrectly listed on Schedule A/B and should have been listed on SOFA as property held for another; Records and CDs were from the 1980s and were not of significant value; Prior values overstated at the direction of Galen Stehlik. |
| 9 Sports and Hobby equipment | $2,000.00 | $2,000.00 | $500.00 | $150.00 | Kurt & Kathy Kroeger | Debtors did not even originally purchase the equipment for $2,000.00; Prior values overstated at the direction of Galen Stehlik |
| 10 Firearms | $100.00 | $100.00 | $100.00 | $100.00 | Kurt & Kathy Kroeger | Still in Debtors' possession |
| 11 Clothing | $2,000.00 | $2,000.00 | $2,000.00 | $200.00 | Kurt & Kathy Kroeger | Prior value overstated |
| 12 Jewelry | $10,000.00 | $10,000.00 | $10,000.00 | $1,000.00 | Kurt & Kathy Kroeger | Prior values overstated at the direction of Galen Stehlik |

EXHIBIT 12 3/22/23 bt   PENGAD 800-631-6989   KRO 000308.2

| Asset | Original Schedules March 11, 2020 | Amended Schedule1 May 1, 2020 | Amended Schedule2 May 28, 2020 | Converted Schedules | Owner of Asset | Notes |
|---|---|---|---|---|---|---|
| 13: Non-farm animals | $0.00 | $0.00 | $0.00 | Not listed | Kurt & Kathy Kroeger | 5 Cats and 1 Dog given to Debtors' adult children once house foreclosed on by BankFirst; Debtors no longer had the room to house 6 pets |
| 17: Home Federal Bank checking (DIP account) | $0.00 | $0.00 | $0.00 | $165.40 | Kurt & Kathy Kroeger | Act 4566 |
| 17: Home Federal Bank checking ( H & M Farms DIP account) | $0.00 | $0.00 | $0.00 | $6,485.35 | Kurt & Kathy Kroeger | Act 3363 |
| 19: H & M Farms, Inc. | Not Listed | Not Listed | Not Listed | unknown | Kurt & Kathy Kroeger | Business was still operating on original date BK was filed |
| 19: Performance Crops, LLC | Not Listed | Not Listed | Not Listed | unknown | Kurt Kroeger | Dissolved by NE SOS on June 16, 2021 |
| 31: GE Financials Term Life Insurance Policy | Not Listed | Not Listed | Not Listed | $0.00 | Kurt & Kathy Kroeger | Beneficiary - BankFirst; No cash or loan value |
| 31: GE Financial Term Life Insurance Policy | Not Listed | Not Listed | Not Listed | $0.00 | Kurt & Kathy Kroeger | Beneficiary - BankFirst; No cash or loan value |
| 33: Malpractice claim against former bankruptcy counsel Galen Stehlik | Not Listed | Not Listed | Not Listed | unknown | Kurt & Kathy Kroeger | |
| 33: Breach of Contract for Land Lease against Helen Greenwalt | Not Listed | Not Listed | Not Listed | unknown | Kurt & Kathy Kroeger | Not listed at the direction of Galen Stehlik |
| 44: 1,000 certified irrigated acres NRD Est $1,500-$3,500/acre | Not Listed | Not Listed | Not Listed | $1,500,000.00 | Kurt and Kathy Kroeger and H & M Farms, Inc. | On file in Howard County, Nebraska |
| 44: 1,729 acres mineral rights | Not Listed | Not Listed | Not Listed | $3,000,000.00 | Kurt and Kathy Kroeger and H & M Farms, Inc. | On file in Howard County, Nebraska |
| 44: Grass Hay $90/ton x 24 bales | Not Listed | Not Listed | Not Listed | on SOFA | unknown - Kroegers or H & M | Taken by BankFirst as the grass was on the real property foreclosed by BankFirst |
| 44: Bales - corn stalk $43/ton x 1,200 Chelsea Dalton | N/A | N/A | N/A | $1,310.70 | Kurt Kroeger | Post-petition pre-conversion asset |
| 44: Bales - corn stalk $43/ton x 200 on Chelsea Dalton | N/A | N/A | N/A | $ | Kurt Kroeger | |
| 48: Crops - Hay Bales | $36,000.00 | Not Listed | Not Listed | | | |
| 49: 2013 John Deere S670 Combine | $105,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2019 Hesston WR9970 | $130,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Miscellaneous Tools | $50,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2017 Hundai 955 XL Wheelloaders | $125,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Respossessed by Western Equipment |
| 49: 2010 John Deere 8225R IVT ILS | $110,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by Western Equipment |
| 49: 2009 John Deere 8430 Tractor IVT/ILS | $65,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2018 Artsway 3 Items V180 manue spreader | $78,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2017 Kinze | $25,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: John Deere 455 35' Grain Drill | $25,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2014 John Deere 612 C Combine Head | $35,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2018 John Deere 3 Items 2630 Monitors | $25,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2019 Hesston 2956A Baler | $58,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. and Kurt Kroeger | Repossessed by creditor, AgCo |
| 49: 1998 Daewoo Solar 330-3 Excavator with HYD Thunb | $10,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2018 John Deere 3 Items SF6000 Receive with RTK Unlock | $25,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2-2013 SmithCo SH3-44-36 Tri/A Side Dump Trailer | $50,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2019 Hesston 9296 Rotary Disc Window Head | $29,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2017 Hiniker 12 Row Cultivator | $25,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2018 Demco 850bu Auger Wagon | $26,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: John Deere 332 Skid Steer | $32,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |

KRO 000309.2

| Asset | Original Schedules March 11, 2020 | Amended Schedule1 May 1, 2020 | Amended Schedule2 May 28, 2020 | Converted Schedules | Owner of Asset | Notes |
|---|---|---|---|---|---|---|
| 49: 2013 Khun Krause 4850 12 Foot Disc ripper | $22,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2018 Demco 750bu Auger Wagon with CC Scale | $23,500.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2013 Khun Krause 8200 25 Foot Disc | $22,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: John Deere 6 Cycel Power Unit | $15,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: IH 2275 Tender Truck | $2,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: John Deere Dry Box Spreader | $8,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2009 International 9200 Semi truck tri axle | $15,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2008 International 9200 Semi Truck tri axle | $15,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2007 Khun Krause 4850 15 Feet Disc Ripper | $12,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: John Deere 4240 Tractor | $25,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2018 H & S 16 Wheel Rake | $10,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Fuel Storage Barrels with pumps | $15,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: (10) poly tanks | $6,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Parts Inventory | $5,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Woods Batwing Shredder | $2,750.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Great Plains Ripper | $6,500.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Patriot 200 Seed Tender | $6,500.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Wirlich Stalk Chopper | $6,500.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: (4) Oil Tanks | $3,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2016 Demco 1200 Gal Sidequest tanks | $8,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Hawkins 12 Row Hiller | $6,500.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Hyster S5063 Forklift | $7,500.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: John Deere Gator | $5,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2011 John Deere 11435 Diesel Lawn Mower | $5,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Parker 7250 Gravity Wagon | $7,500.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Shaben 1600 Gal Tank Trailer | $6,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 4-Shaben 6000 gallon tender tank | $25,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Patroit 100 Seed Tender | $6,500.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: (5) Chemingation Pumps | $8,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: BIson 10' Blade | $3,500.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: John Deere 3010 Tractor | $7,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Kynco 4 Wheeler | $3,500.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Westfield 71'x10" Auger | $7,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: John Deere MX7 Shredder | $2,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Header Trailer | $3,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Liquid System | $3,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2018 Industries Amer 836R Head Trailer | $3,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Big Dog Dirt Scraper | $5,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 2-Feterl 41'x10" Auger | $8,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Miller WIder/Generator | $2,500.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Blue Jet Pivot track closer | $4,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: John Deere PA30 Post Hole Digger | $1,500.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Yamaha 4 Wheeler | $2,500.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: 4 Wheel Trailer | $600.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Millermatic 210 Welder | $1,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49: Winco Generator | $1,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |

| Asset | Original Schedules March 11, 2020 | Amended Schedule1 May 1, 2020 | Amended Schedule2 May 28, 2020 | Converted Schedules | Owner of Asset | Notes |
|---|---|---|---|---|---|---|
| 49 (4) 1,250 Gal Poly Tanks | $2,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49 2 - John Deere Skid Steer Loader Forks | $1,400.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49 500 Gal Fuel Cart | $1,000.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49 Bale Forks | $600.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49 John Deere Sickle Mower | $500.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by creditor |
| 49 Bucket | $400.00 | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. | Repossessed by Creditor |
| 49 2010 Chevy 1500 Pickup | $10,000.00 | $10,000.00 | $10,000.00 | on SOFA | sold to son, Brandon Kroeger | Debtors sold vehicle to son during Chapter 12 at the direction of former counsel Galen Stehlik |
| 49 2011 Honda Pilot | $8,500.00 | $8,500.00 | $8,500.00 | on SOFA | sold to daughter, Macey Kroeger | Debtors sold vehicle to daughter during Chapter 12 at the direction of former counsel Galen Stehlik |
| 49 2019 Titan Gooseneck Trailer | $7,500.00 | Not Listed | Not Listed | On SOFA | H & M Farms, Inc. | Repossessed by BankFirst |
| 49 2007 Honda Civic | $2,000.00 | $2,000.00 | $2,000.00 | $1,000.00 | Kurt & Kathy | Debtors maintain possession; Value decrease due to additional wear and tear since case filed |
| 49 Windrower & Header | Not Listed | Not Listed | Not Listed | on SOFA | H & M Farms, Inc. and Kurt Kroeger | Repossessed by Creditor, AgCo |

KRO 000311.2